Vivian ADKINS, on behalf of herself and all others similarly situated & on behalf of the general public; et al., Plaintiffs–Appellants,

v.

ATLANTIC RICHFIELD COMPANY CAPITAL ACCUMULATION PLAN II; et al., Defendants–Appellees.

No. 04–56120.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2006 *.

Filed Nov. 13, 2006.

John A. Girardi, Esq., Girardi & Keese, Los Angeles, CA, Donald Wayne Werno, Esq., Werno & Associates, Newport Beach, CA, for Plaintiffs–Appellants.

Paul J. Ondrasik, Esq., Steptoe & Johnson, Los Angeles, CA, Morgan D. Hodgson, Steptoe & Johnson, LLP, Washington, DC, Jay E. Smith, Esq., for Defendants–Appellees.

Before: GRABER, WARDLAW, and RAWLINSON, Circuit Judges.

MEMORANDUM **

This appeal is now submitted for decision. We vacate the district court judg-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

ment and remand this case to the district court for reconsideration in light of *Abatie v. Alta Health & Life Insurance Co.*, 458 F.3d 955 (9th Cir.2006) (en banc). The parties are to bear their own costs on appeal.

VACATED and REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.